IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SCOTT LOGAN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-14-101-C |
| | ) | |
| KRISTIN RACZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

As Plaintiff has now paid the partial filing fees as required by the Report and Recommendation of Magistrate Judge Charles B. Goodwin (Dkt. No. 8), the Court declines to adopt the recommendation for dismissal and recommits the matter to Judge Goodwin consistent with the earlier order of referral.

IT IS SO ORDERED this 19th day of March, 2014.

ROBIN J. CAUTHRON
United States District Judge